United States Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICKI S. REEVES, ) | |
| ) | CIVIL NO. C11-5321MJP-MAT |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF |
| vs. ) | TIME TO FILE PLAINTIFF'S |
| ) | OPENING BRIEF |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Motion and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before October 27, 2011, Defendant's Answering Brief shall be filed on or before November 25, 2011[1], and Plaintiff's Reply Brief shall be filed on or before December 9, 2011.

DATED this <u>16th</u> day of September, 2011.

Mary Alice Theiler
United States Magistrate Judge

---

[1] The proposed Order filed by plaintiff contained a deadline for defendant's Answering Brief that fell on Thanksgiving Day.  The Court therefore has moved that deadline, and the the deadline for plaintiff's optional Reply Brief, ahead by 1 day.

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF – [C11-
5321MJP-MAT] - 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

Presented by:

S/EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF – [C11-5321MJP-MAT] - 2

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226